■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL C. WHITE, Appellant. [817 NYS2d 99]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Carroll, J.), rendered July 1, 2004, convicting him of assault in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the trial court's comments during his attorney's opening statement did not shift the burden of proof (*see People v Clanton,* 19 AD3d 177, 178 [2005]; *People v Orr,* 267 AD2d 177 [1999]; *People v Abreu,* 256 AD2d 585 [1998]; *People v Pena,* 242 AD2d 546, 547 [1997]; *People v Dukes,* 236 AD2d 484 [1997]; *People v Concepcion,* 228 AD2d 204, 206 [1996]).

The defendant's remaining contentions are without merit. Crane, J.P., Rivera, Skelos and Dillon, JJ., concur.